IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVAN MENDEZ-LOPEZ<br>Plaintiff<br>vs<br>AON-RISK SOLUTIONS OF PUERTO RICO, INC.<br>Defendant | CIVIL 14-1721CCC |

## JUDGMENT

Having considered the Agreed Stipulation to Dismiss with Prejudice filed by the parties on May 7, 2015 (**D.E. 18**), the same is GRANTED.  Accordingly, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice, and without the imposition of costs or attorney's fees.

The pretrial/settlement conference scheduled for September 30, 2015 and jury trial scheduled for February 17, 2016 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 29, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge